# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zachary Huey, | No. CV-14-01765-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| DriveTime Automotive Group Incorporated, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Notice of Settlement (Doc. 22).

**IT IS ORDERED** that the parties shall file a Stipulation of Dismissal on or before **April 20, 2016**.

**IT IS FURTHER ORDERED** that if a Stipulation of Dismissal has not been filed by **April 20, 2016**, the parties shall file a Status Report with the Court on that date.

Dated this 19th day of February, 2016.

Honorable Diane J. Humetewa
United States District Judge