IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zachary Huey,<br><br>                    Plaintiff,<br><br>v.<br><br>DriveTime Automotive Group Incorporated, et al.,<br><br>                    Defendants. | No. CV-14-01765-PHX-DJH<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice (Doc. 24). Pursuant to the stipulation,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

**Dated** this 7th day of March, 2016.

Honorable Diane J. Humetewa
United States District Judge